IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY S. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-276 (JLH) |
| | ) |
| PTLM BRUETTE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### SERVICE ORDER

AND NOW, on this 16th day of April 2025, this Court having reviewed *de novo* Magistrate Judge Burke's March 26, 2025 Report and Recommendation (D.I. 8), which recommended that the claims against the State of Delaware be dismissed on the basis of Eleventh Amendment Immunity, finding no error therein, and having also reviewed Plaintiff's objections (D.I. 9) to the Report and Recommendation;

IT IS HEREBY ORDERED that:

1. Plaintiff's claims against the State of Delaware are **DISMISSED with prejudice**, and the State of Delaware is **TERMINATED** as a party to this action.

2. Pursuant to Fed. R. Civ. P. 4(c)(3), (d)(1), and (h), Plaintiff shall complete and provide to the Clerk of Court **original** "U.S. Marshal-285" forms for Defendants Ptlm Bruette and Michelle A. Weigand.  Plaintiff shall also provide the Court with copies of the Complaint (D.I. 3) for service upon Defendants.

3. **Plaintiff is notified that the United States Marshals Service ("USMS") will not serve the Complaint until the USM-285 forms and copies of the Complaint have been received by the Clerk of Court.  Failure to provide complete USM-285 forms and copies of**

**the Complaint within 90 days from the date of this Order may result in Defendants being dismissed, or this case being closed, pursuant to Federal Rule of Civil Procedure 4(m)**.

4. Upon receipt of the USM-285 forms and copies of the Complaint as required by the above-paragraph, the USMS shall forthwith serve a copy of the Complaint, the Order granting Plaintiff leave to proceed *in forma pauperis*, this Order, a "Notice of Lawsuit" form, and a "Return of Waiver" form upon each Defendant, as identified in the USM-285 form. All costs of service shall be advanced by the United States.

5. If either Defendant does not return an executed "Waiver of Service of Summons" form within thirty (30) days from the date that the "Notice of Lawsuit" and "Return of Waiver" forms were sent, Plaintiff must complete a summons and submit the completed summons to the Clerk of Court for issuance. Plaintiff shall also provide to the Clerk of Court a complete, original USM-285 form as set forth above, and a copy of the Complaint for service. Upon issuance of the summons by the Clerk of Court, USMS shall personally serve said Defendant and said Defendant shall be required to bear the costs related to such service, unless good cause is shown for failure to sign and return the waiver pursuant to Fed. R. Civ. P. 4(d)(1) and (2).

6. Pursuant to Fed. R. Civ. P. 4(d)(3), if either Defendant timely returns a waiver as requested, before being served with process, said Defendant is required to answer or otherwise respond to the Complaint within **sixty (60) days** from the date upon which the Complaint, this Order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If said Defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

_____
The Honorable Jennifer L. Hall
United States District Judge